NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RASHID A. EL MALIK,**
*Claimant-Appellant,*

v.

**ERIC K. SKINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7041

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2013, Judge William A. Moorman.

---

## ON MOTION

---

## ORDER

The Secretary of Veterans Affairs moves for a 21-day extension of time, until February 13, 2012, to file his brief. Rashid A. El Malik moves for expedited briefing and decision.

The case will be placed on the next available calendar after the briefing is completed.

Accordingly,

IT IS ORDERED THAT:

(1) The Secretary's motion for an extension of time is granted. No further extensions will be granted.

(2) El Malik's motion is denied.

FOR THE COURT

__FEB 0 7 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Rashid A. El Malik
    Steven M. Mager, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 7 2012

JAN HORBALY
CLERK